## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| PATRICK PETERSON, )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>VIRGIN ISLANDS MEDICAL INSTITUTE )<br>(PRSO) INC., and )<br>CORA L.E. CHRISTIAN, M.D., M.P.A. )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 2003/0194 |

## **ORDER**

THIS MATTER comes before the Court on Defendants' Motion to Reconsider (Docket No. 53). Upon careful review and consideration and the Court being fully advised in the premises therein, it is hereby

**ORDERED** that Defendants' Motion to Reconsider is **DENIED.**

**ENTER:**

**DATED:** July 17, 2007         /s/ Raymond L. Finch_____
                                                 RAYMOND L. FINCH
                                                 U.S. DISTRICT COURT JUDGE